NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1057

DR. AJAY SINGHAL,

Plaintiff-Appellant,

v.

MENTOR GRAPHICS CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-1587, Judge James Larson.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Upon consideration of Mentor Graphics Corp.'s motion for a 60-day extension, until March 6, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Dr. Ajay Singhal
Matthew C. Phillips, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 02 2009

JAN HORBALY
CLERK